December 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RHONDA PATRICE GOODMAN-DELANEY, Appellant

NO. 14-15-00144-CV                    V.

MARILYNN GRANTHAM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Marilynn Grantham, signed November 13, 2014, was heard on the transcript of the record. The record shows that the judgment is void. We therefore order the judgment vacated and the appeal **DISMISSED**.

We order appellee, Marilynn Grantham, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.